Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Noel M. Hernandez
Nevada Bar No. 13893
noel.hernandez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant CarMax Auto Superstores, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNEN O'HALLORAN,<br><br>　　　　　Plaintiff<br><br>v.<br><br>CARMAX AUTO SUPERSTORES, INC.,<br><br>　　　　　Defendant | Case No.: 2:25-cv-00751-CDS-NJK<br><br>**Order Approving STIPULATION TO SUBMIT ACTION TO ARBITRATION AND TO STAY COURT ACTION PENDING ARBITRATION**<br><br>[ECF No. 7] |

Defendant CarMax Auto Superstores ("Defendant") and Plaintiff Shannen O'Halloran ("Plaintiff"), by and through their respective counsel, hereby stipulate and agree that all proceedings in this matter should be stayed pending the outcome of binding arbitration pursuant to the Parties' Arbitration Agreement and in accordance with the terms set forth in the binding arbitration agreement, except that the Parties agree to submit the matter to American Arbitration Association ("AAA") rather than National Arbitration and Mediation ("NAM"). Nothing in this Stipulation shall be deemed a waiver and/or release for the parties to present such claims and/or defenses in arbitration.

Therefore, Plaintiff and Defendant hereby stipulate and agree as follows:

1. This Action in its entirety shall be submitted to binding arbitration in accordance with the terms set forth in Agreement except that the Parties agree to submit the matter to American Arbitration Association ("AAA") rather than National Arbitration and Mediation ("NAM"); and

2. This Action shall be stayed pending arbitration.

DATED this 7th day of July, 2025.

GREENBERG GROSS LLP

/s/ Michael A. Burnette
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff*

DATED this 7th day of July, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Noel M. Hernandez
Anthony L. Martin
Nevada Bar No. 8177
Noel M. Hernandez
Nevada Bar No. 13893
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant CarMax Auto Superstores, Inc.*

### Order

Based on their stipulation **[ECF No. 7]**, the parties must submit this action to binding arbitration with the American Arbitration Association. It is therefore ordered that this action is stayed pending the completion of arbitration, and all pending deadlines are vacated.

The parties must file a joint status report within fourteen days of the conclusion of arbitration. If the arbitration is not completed by January 9, 2026, the parties must file a joint status report addressing the arbitration proceeding. The Clerk of Court is kindly instructed to administratively close this case.

Dated: July 8, 2025

_____
Cristina D. Silva
United States District Judge