JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Shannen O'Halloran*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHANNEN O'HALLORAN, an individual, | Case No.: 2:25-cv-00751-CDS-NJK |
| Plaintiff | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| CARMAX AUTO SUPERSTORES, INC., a Virginia Corporation, | |
| Defendant | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shannen O'Halloran ("Plaintiff"), by and through her counsel of record, the law firm of Greenberg Gross LLP, and Defendant CarMax Auto Superstores, Inc. ("Defendant"), by and through its counsel of record, the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice in this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

Date: April 21, 2026

*/s/ Michael A. Burnette*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

*/s/ Noel M. Hernandez*
ANTHONY L. MARTIN
Nevada Bar No. 8177
NOEL M. HERNANDEZ
Nevada Bar No. 13893
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:    April 23, 2026

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE